IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**SHELTON BARNELL JAMES**                                            **PLAINTIFF**

v.                                                   CIVIL NO. 1:19cv265-HSO-MTP

**SOCIAL SECURITY ADMIN.**                                      **DEFENDANT**

## FINAL JUDGMENT

This matter is before the Court on United States Magistrate Judge Michael T. Parker's July 6, 2020, Report and Recommendation [14]. The Court, after a full review and consideration of the record in this case and relevant legal authority, finds that in accord with its Order entered herewith,

**IT IS, ORDERED AND ADJUDGED,** that this Civil Action is **DISMISSED WITHOUT PREJUDICE.**

**SO ORDERED AND ADJUDGED**, this the 24th day of July, 2020.

*s/ Halil Suleyman Ozerden*
HALIL SULEYMAN OZERDEN
UNITED STATES DISTRICT JUDGE